TIMOTHY COURCHAINE
United States Attorney
District of Arizona
COREY SAMUEL MARASCO
Assistant United States Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520.620.7300
Email: corey.marasco@usdoj.gov
Attorneys for Plaintiff

FILED
2026 OCT 28 PM 12:31
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR26-05893 TUC-RCC(JEM)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

Plaintiff,

vs.

Selestino Andrade-Andrade,
aka Celestino Andrade-Andrade,
aka Selestino Andrade,

Defendant.

**I N D I C T M E N T**

Violation:
8 U.S.C. § 1326(a)

(Reentry of Removed Alien)

**THE GRAND JURY CHARGES:**

On or about September 30, 2026, in the District of Arizona, to wit: at or near Tucson, Selestino Andrade-Andrade, aka Celestino Andrade-Andrade, aka Selestino Andrade, an alien, entered and was found in the United States of America after having been denied admission, excluded, deported, and removed therefrom at or near Nogales, Arizona, on or about March 25, 2011, and not having obtained the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL

/ S /

FOREPERSON OF THE GRAND JURY
Dated: October 28, 2026

REDACTED FOR
PUBLIC DISCLOSURE

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

/ S /
COREY SAMUEL MARASCO
Assistant United States Attorney